UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CECIL SHAW,                                                                   Civil No. 10-27 ADM/SRN

       Plaintiff,

v.

                                                                        ORDER

HENNEPIN COUNTY ADULT
DETENTION CENTER, OFFICE OF
PUBLIC DEFENDER, Lt. DON JOHNSON,
JOHN DOE 1 and JOHN DOE 2,

       Defendants.

---

    The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated March 8, 2010. No objections have been filed to that Report and Recommendation in the time period permitted.

    Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

    IT IS HEREBY ORDERED that:

    1. Plaintiff's application for leave to proceed in forma pauperis, (Docket No. 2), is **DENIED**;

    2. Plaintiff's motion for appointment of counsel, (Docket No. 3), is **DENIED**; and

    3. This action is **DISMISSED WITHOUT PREJUDICE**.

DATED: _April 14, 2010                          s/Ann D. Montgomery

                                                                        Ann D. Montgomery
                                                                        United States District Court Judge